Name: MARK A. MALONE
Address: 3218 E. 2000 N. Ballard, Utah 84066
Telephone: 360-584-0126

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## Central DIVISION

| | |
|---|---|
| Mark Andrew Malone <br> (Full Name) <br> PLAINTIFF <br><br> VS. <br><br> 1. Graystone Mortgage <br> CEO Kipp V. Myers, <br><br> 2. Planet Home Lending <br> CEO Michael DuBeck <br><br> DEFENDANTS | CIVIL RIGHTS COMPLAINT <br> (42 U.S.C §1983, §1985) <br><br> Case: 2:25-cv-00944 <br> Assigned To : Oberg, Daphne A. <br> Assign. Date : 10/23/2025 <br> Description: Malone v. Graystone Mortgage et al <br><br> FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH <br><br> OCT 23 2025 <br><br> GARY P. SERDAR <br> CLERK OF COURT <br> BY _____ <br> DEPUTY CLERK |

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

    a. [X] 42 U.S.C. §1983
    b. [X] 42 U.S.C. §1985
    c. [X] Other (Please Specify) U.S.C. 15 (Debt Collection Practices)
    U.S.C. 38 (Dept. of Veterans Affairs (VA)
    Part 36 ( Home Loan Program

2. NAME OF PLAINTIFF Mark A. Malone
    IS A CITIZEN OF THE STATE OF Utah (Uintah County)

    PRESENT MAILING ADDRESS: 3218 E. 2000 N
    Ballard, Utah 84066

3. NAME OF FIRST DEFENDANT __Graystone Mortgage__
   IS A CITIZEN OF __Unknown — moves across state lines__
   (City and State) __to avoid detection/prosecution.__

   IS EMPLOYED AS __thief__ at _____.
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   __State was__

   YES ☐ NO ☒  If your answer is "YES" briefly explain.

   _____

   _____

   _____

4. NAME OF SECOND DEFENDANT __Planet Home Lending__
   (If applicable)

   IS A CITIZEN OF __California — CT__
   (City and State)

   IS EMPLOYED AS __Mob thief__ at _____.
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ☐ NO ☒  If your answer is "YES" briefly explain.

   _____

   _____

   _____

5. NAME OF THIRD DEFENDANT __— See legal conclusions.__
   (If applicable)   __Addendum for details - intel__

   IS A CITIZEN OF _____
   (City and State)
   IS EMPLOYED AS _____ at _____.
   (Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES [ ] NO [X]   If your answer is "YES" briefly explain.

_____
_____
_____

6. NAME OF FOURTH DEFENDANT _____
   (If applicable)

   IS A CITIZEN OF _____
                      (city and State)

   IS EMPLOYED AS _____ at _____.
                  (Position and Title if Any)   (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES [ ] NO [ ]   If your answer is "YES" briefly explain.

   _____
   _____
   _____

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

   Please see Attached Table of Contents Addendum for Nature of Case details that Fully explain Circumstances that Led to Problem / Legal merits
   * Cause of Action (70+ Felony Counts)
                                              LAWLESS

MALONE ex. 43

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: _See Attached Cause of Action Legal Conclusions Addendum._

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)

   _U.S. Constitutional Rights 1, 4, 5, 6, 7, 8, 9, 10, and 14 Denied. See Supporting Facts - Attached_

   b. (1) Count II: _11_   _11_

   (2) Supporting Facts: _____

   c. (1) Count III: _____

(2) Supporting Facts: _Yes, Mound of Evidence, Preponderance of the Evidence is clear, supported with Court records & witnesses. (See Legal Conclusions Addendum Attached._

### D. INJURY

1. How have you been injured by the actions of the defendant(s)?

Yes, 4-years Prolonged series of Terroristic attacks / incidents and violence has lead to extensive serious injuries - irreparable Harm, extensive outrageous reckless illegal Damages. (Please see attached Request for Relief Addendum.)

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES [X] / NO [ ]. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a. Parties to previous lawsuit:
      Plaintiff(s): _Mark A. Malone_
      Defendant(s): _Same Perps, Graystone + Planet Cronies_
   b. Name of court and case or docket number: _See Cause of action_

* at least 2 Court orders, inclusive 2 seperate protective orders Ruling Defendants Stop Foreclosure crime-spree - Defendants refuse to obey Court Judgements x2   Contempt of Court 2 counts

MALONE ex 43

    c.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __Plaintiff won cases,__

    d.    Issues raised: __Defendants refuse / neglect to uphold / Enforce current court orders x2, Status: Contempt of Court (2 charges/counts)__

    e.    When did you file the lawsuit? __20 June 2023__
                                                                         Date  Month  Year

    f.    When was it (will it be) decided? __✗ 12-20-2023 Utah Supreme Court Justices x4 Provided Malone Justice & Relief.__

2.    Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES [✗] / NO [ ]. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

__Named Defendants (Government insurgents involved in Domestic Terrorism) Repeatedly-intentionally neglect to uphold Court orders, Federal Statutes or State LAW, Utah State no longer has Rule of Law - chaos.__

### F. REQUEST FOR RELIEF

1.    I believe that I am entitled to the following relief:

__Please see attached Request for Relief Addendum for details that validate victim Malone is eligible/entitled to recovery of Damages, to include Punitive Damages.__

# UNITED STATES DISTRICT COURT
for the

District of **Utah** (Uintah County)

**Central** Division

Plaintiff(s): **Mark A. Malone**

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s):
1. **Kipp V. Myers (Graystone)**
2. **Michael DuBeck (Planet)**

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. X _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at 3218 E 2000 N, on Oct. 20, 2025.
(Location)            (Date)
see Below

_____    .. Served All Parties 10-21-2025
Signature

3218 E. 2000 N.              Questions or Concerns By the court,
Ballard, Utah 84066          360-584-0126

*Uintah County, Utah Jurisdiction*.